Curtis J. BROWN, Sr., Petitioner—
Appellant,

v.

WARDEN, KERSHAW CORREC-
TIONAL INSTITUTION, Re-
spondent—Appellee,

and

County of Charleston; State of South
Carolina; South Carolina Department
of Corrections, Respondents.

No. 08–7138.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 16, 2008.

Decided: Sept. 24, 2008.

Curtis J. Brown, Sr., Appellant Pro Se.
William Edgar Salter, III, Assistant Attor-
ney General, Donald John Zelenka, Depu-
ty Assistant Attorney General, Columbia,
South Carolina, for Appellee.

Before MOTZ, TRAXLER, and
SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Curtis J. Brown, Sr. seeks to appeal the
district court's order accepting the recom-
mendation of the magistrate judge and
dismissing as untimely his 28 U.S.C.
§ 2254 (2000) petition. The order is not
appealable unless a circuit justice or judge
issues a certificate of appealability. 28
U.S.C. § 2253(c)(1) (2000). A certificate
of appealability will not issue absent "a
substantial showing of the denial of a con-
stitutional right." 28 U.S.C. § 2253(c)(2)
(2000). A prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that any assessment of the
constitutional claims by the district court
is debatable or wrong and that any dispos-
itive procedural ruling by the district
court is likewise debatable. *Miller–El v.
Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct.
1029, 154 L.Ed.2d 931 (2003); *Slack v.
McDaniel,* 529 U.S. 473, 484, 120 S.Ct.
1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,*

252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that Brown has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*